NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT L. BELCHER,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7181

---

Appeal from the United States Court of Appeals for Veterans Claims in 09-622, Judge William P. Greene, Jr.

---

**ON MOTION**

---

**ORDER**

Eric K. Shinseki, Secretary of Veterans Affairs, moves without opposition for a 30-day extension of time, until February 15, 2012, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 19 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Zachary M. Stolz, Esq
Lauren A. Weeman, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 19 2012

JAN HORBALY
CLERK